THE HONORABLE TANA LIN

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ALAN WEDGE and ALEX TRINIDAD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MATTRESS FIRM, INC.,<br><br>Defendant. | Case No.: 2:26-cv-02534-TL<br><br>**STIPULATED MOTION AND ~~[PROPOSED]~~ ORDER TO EXTEND TIME TO RESPOND TO CLASS ACTION COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR: JULY 24, 2026** |

Pursuant to Western District of Washington Local Rules 7 and 10, and Section III.A of Judge Lin's Standing Order for All Civil Cases, Plaintiffs Alan Wedge and Alex Trinidad ("Plaintiffs") and Defendant Mattress Firm, Inc. ("Defendant"), together (the "Parties"), by and through their respective counsel, hereby stipulate that Defendant's deadline to answer or otherwise respond to the Complaint is extended for a total of forty-six (46) days from July 24, 2026, up to and including September 8, 2026.

A court may modify a deadline for good cause. Fed. R. Civ. P. 6(b). Indeed, modifying or extending a responsive deadline is within the discretion of the trial judge. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir.1992)



SEBRIS BUSTO JAMES
15375 SE 30th Pl., STE 310
Bellevue, Washington 98007
Tel: (425) 454-4233 – Fax:(425) 453-9005

Here, the Parties submit this request in good faith and not for the purpose of delay. Good cause exists to extend Defendant's deadline because additional time will allow Defendant to properly evaluate Plaintiffs' allegations and prepare an appropriate response, and allow the Parties to further confer regarding the same.

Accordingly, the Parties respectfully request that this Court extend Defendant's deadline to respond to Plaintiffs' Complaint such that Defendant's response shall be due September 8, 2026. The Parties further stipulate and request that should Defendant file a Motion to Dismiss in response to the Complaint, the Court enter the following briefing schedule:

a. Plaintiffs' Opposition to the Motion shall be due October 19, 2026; and

b. Defendant's Reply shall be due November 2, 2026.

DATED: July 24, 2026

SEBRIS BUSTO JAMES

s/ Jeffrey A. James
Jeffrey A. James, WSBA #18277
15375 SE 30th Place, Suite 310
Bellevue, Washington 98007
(425) 454-4233
jjames@sbj.law

*Counsel for Defendant*

DATED: July 24, 2026

EMERY REDDY, PC

s/ M. Anderson Berry (per email authorization)
M. Anderson Berry, WSBA #63160
Brook E. Garberding, WSBA #37140
600 Stewart Street, Suite 1100
Seattle, WA 98101
anderson@emeryreddy.com
brook@emeryreddy.com

*Counsel for Plaintiffs*



**SEBRIS BUSTO JAMES**
15375 SE 30th Pl., STE 310
Bellevue, Washington 98007
Tel: (425) 454-4233 – Fax:(425) 453-9005

**~~[Proposed]~~ ORDER**

Pursuant to the foregoing Stipulated Motion and finding good cause therefor, the Court hereby GRANTS the Parties' Motion and ORDERS as follows:

1. Defendant's Motion to Dismiss shall be due September 8, 2026.
2. Plaintiffs' Opposition to the Motion shall be due October 19, 2026;
3. Defendant's Reply shall be due November 2, 2026;

IT IS SO ORDERED.

Dated this 24th day of July, 2026

Hon. Tana Lin, U.S.D.J.

PRESENTED BY:

By: s/ Jeffrey A. James
Jeffrey A. James, WSBA #18277
SEBRIS BUSTO JAMES
15375 SE 30th Place, Suite 310
Bellevue, Washington 98007
(425) 454-4233
jjames@sbj.law

Geoffrey W. Castello (*pro hac vice* application forthcoming)
KELLEY DRYE & WARREN LLP
7 Giralda Farms, Suite 340
Madison, NJ 07940
(973) 503-5900
gcastello@kelleydrye.com

*Counsel for Defendant*