THE HONORABLE TANA LIN

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ALAN WEDGE and ALEX TRINIDAD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MATTRESS FIRM, INC.,<br><br>Defendant. | Case No. 2:26-cv-02534-TL<br><br>**STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO MODIFY BRIEFING SCHEDULE AND CASE DEADLINES**<br><br>**NOTE ON MOTION CALENDAR: OCTOBER 20, 2026** |

Pursuant to Western District of Washington Local Rules 7 and 10, and Section III.A of Judge Tana Lin's Standing Order for Civil Cases, Plaintiffs Alan Wedge and Alex Trinidad ("Plaintiffs") and Defendant Mattress Firm, Inc. ("Defendant") (together, the "Parties"), by and through their respective counsel, hereby stipulate and request that Defendant's deadline to answer or otherwise respond to the Complaint is extended by twenty-nine days from October 22, 2026, up to and including November 20, 2026, with an extension of other case deadlines as set forth below.

A court may modify a deadline for good cause. Fed. R. Civ. P. 6(b). Here, good cause exists because the requested extension will allow the Parties to explore and further confer about the possibility of settlement, consolidation with the related action against Defendant under the Commercial Electronic Mail Act, RCW 19.190.020 ("CEMA") captioned *Milito v. Mattress Firm, Inc.*, No. 2:26-cv-00227-TL (W.D. Wash.) ("*Milito*"), and other matters relevant to Defendant's



SEBRIS BUSTO JAMES
15375 SE 30th Pl., STE 310
Bellevue, Washington 98007
Tel: (425) 454-4233 – Fax:(425) 453-9005

response to the Complaint. Good cause further exists given the pendency of Defendant's motion to dismiss in *Milito* and this Court's Order to Show Cause in *Milito*.

Accordingly, the Parties request that the Court enter the following briefing schedule for Defendant's forthcoming Motion to Dismiss the Complaint:

a. Defendant's Motion to Dismiss shall be due November 20, 2026;

b. Plaintiffs' Opposition to the Motion shall be due January 15, 2027; and

c. Defendant's Reply shall be due February 16, 2027.

Additionally, the Parties request an order further extending the following case deadlines:

a. Initial Disclosures Pursuant to FRCP 26(a)(1) shall be November 24, 2026; and

b. Combined Joint Status Report and Discovery Plan as required by FRCP 26(f) shall be January 6, 2027.

The Parties request that the Clerk reset the deadlines as noticed.

DATED: October 20, 2026

SEBRIS BUSTO JAMES

s/ *Jeffrey A. James*
Jeffrey A. James, WSBA #18277
15375 SE 30th Place, Suite 310
Bellevue, Washington 98007
(425) 454-4233
jjames@sbj.law

Geoffrey W. Castello (*pro hac vice*)
Caitlin R. Hickey (*pro hac vice*)
Gregory T. Berman (*pro hac vice*)
KELLEY DRYE & WARREN LLP
3 World Trade Center, 175 Greenwich Street
New York, NY, NJ 07940
(973) 503-5900
gcastello@kelleydrye.com
chickey@kelleydrye.com
gberman@kelleydrye.com

*Counsel for Defendant*

DATED: October 20, 2026

MILBERG, PLLC

s/ *Jason T. Dennett*
Jason T. Dennett, WSBA #30686
1700 7th Ave., Suite 2100
Seattle, WA 98101
jdennett@milberg.com

Alexander E. Wolf (*pro hac vice*)
MILBERG, PLLC
280 South Beverly Drive, PH
Beverly Hills, CA 90212
Tel: 872-365-7060
awolf@milberg.com

M. Anderson Berry, WSBA #63160
Brook E. Garberding, WSBA #37140
Brandon P Jack (*pro hac vice*)
EMERY REDDY, PC
600 Stewart Street, Suite 1100
Seattle, WA 98101
anderson@emeryreddy.com
brook@emeryreddy.com
bjack@emeryreddy.com

*Counsel for Plaintiffs*

**[~~Proposed~~] ORDER**

Pursuant to the foregoing Stipulated Motion and finding good cause therefor, the Court hereby GRANTS the Parties' Motion and ORDERS as follows:

1. Defendant's Motion to Dismiss shall be due November 20, 2026;
2. Plaintiffs' Opposition to the Motion shall be due January 15, 2027;
3. Defendant's Reply shall be due February 16, 2027;
4. The Parties' deadline to serve Initial Disclosures pursuant to FRCP 26(a)(1) shall be November 24, 2026; and
5. The Parties' deadline to submit a Combined Joint Status Report and Discovery Plan as required by FRCP 26(f) shall be January 6, 2027.

IT IS SO ORDERED

Dated this 20th day of October 2026

Hon. Tana Lin, U.S.D.J.

PRESENTED BY:

By: s/ *Jeffrey A. James*
Jeffrey A. James, WSBA #18277
SEBRIS BUSTO JAMES
15375 SE 30th Place, Suite 310
Bellevue, Washington 98007
(425) 454-4233
jjames@sbj.law

Geoffrey W. Castello (*pro hac vice*)
Caitlin R. Hickey (*pro hac vice*)
Gregory T. Berman (*pro hac vice*)
KELLEY DRYE & WARREN LLP
3 World Trade Center, 175 Greenwich Street
New York, NY, NJ 07940
(973) 503-5900
gcastello@kelleydrye.com
chickey@kelleydrye.com
gberman@kelleydrye.com

*Counsel for Defendant*