THE HONORABLE TANA LIN

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

ALAN WEDGE and ALEX TRINIDAD, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

MATTRESS FIRM, INC.,

Defendant.

Case No. 2:26-cv-02534-TL

**STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO MODIFY CASE DEADLINES**

**NOTE ON MOTION CALENDAR: NOVEMBER 17, 2026**

Pursuant to Western District of Washington Local Rules 7 and 10, and Section III.A of Judge Tana Lin's Standing Order for Civil Cases, Plaintiffs Alan Wedge and Alex Trinidad ("Plaintiffs") and Defendant Mattress Firm, Inc. ("Defendant") (together, the "Parties"), by and through their respective counsel, hereby stipulate and request that Defendant's deadline to answer or otherwise respond to the Complaint be extended by fourteen days from November 20, 2026, up to and including December 4, 2026, with an adjournment of other case deadlines as set forth below.

A court may modify a deadline for good cause. Fed. R. Civ. P. 6(b). Here, good cause exists because on November 10, 2026, this Court issued an Order remanding a related action filed against Defendant captioned *Milito v. Mattress Firm, Inc.*, No. 2:26-cv-00227-TL (W.D. Wash.), for lack of Article III Standing. While Defendant maintains that there is Article III Standing and intends to preserve its arguments, the Parties believe that this Court's November 10, 2026, Order provides that the Court might find that it lacks standing over the present case as well.



SEBRIS BUSTO JAMES
15375 SE 30th Pl., STE 310
Bellevue, Washington 98007
Tel: (425) 454-4233 – Fax:(425) 453-9005

The Parties intend to fully comply with this Court's Order, but the Parties also are constrained by the forthcoming decision in *Montes v. Penney OpCo, LLC*, No. 26-241 (9th Cir.), in which the Ninth Circuit may opine on whether receipt of marketing emails containing allegedly misleading subject lines confers Article III Standing. Accordingly, the Parties are in the process of considering a potential stipulated motion to remand this action, which would request that this Court remand the matter to King County Superior Court while also preserving Defendant's right to remove the matter back to federal court if, due to a subsequent change in the law, there are legally cognizable grounds to do so. Because Defendant's deadline to respond to the Complaint is November 20, 2026, however, the Parties respectfully request that all deadlines be adjourned while the Parties prepare the stipulated motion to remand for the Court's review.

Accordingly, the Parties request that the Court extend the deadline for Defendant to answer or otherwise respond to the Complaint by fourteen (14) days until December 4, 2026. The Parties further request that the Court strike all other case deadlines calendared in this case given the Parties' contemplated stipulated motion to remand.

Dated: November 17, 2026

SEBRIS BUSTO JAMES

s/ *Jeffrey A. James*
Jeffrey A. James, WSBA #18277
15375 SE 30th Place, Suite 310
Bellevue, WA 98007
(425) 454-4233
jjames@sbj.law

Geoffrey W. Castello (*pro hac vice*)
Caitlin R. Hickey (*pro hac vice*)
Gregory T. Berman (*pro hac vice*)
KELLEY DRYE & WARREN LLP
3 World Trade Center, 175 Greenwich Street
New York, NY 10007
(973) 503-5900
gcastello@kelleydrye.com
chickey@kelleydrye.com
gberman@kelleydrye.com

*Counsel for Defendant*

DATED: November 17, 2026

MILBERG, PLLC

s/ *Jason T. Dennett*
Jason T. Dennett, WSBA #30686
1700 7th Ave., Suite 2100
Seattle, WA 98101
jdennett@milberg.com

Alexander E. Wolf (*pro hac vice*)
MILBERG, PLLC
280 South Beverly Drive, PH
Beverly Hills, CA 90212
Tel: 872-365-7060
awolf@milberg.com

M. Anderson Berry, WSBA #63160
Brook E. Garberding, WSBA #37140
Brandon P Jack (*pro hac vice*)
EMERY REDDY, PC
600 Stewart Street, Suite 1100
Seattle, WA 98101
anderson@emeryreddy.com
brook@emeryreddy.com
bjack@emeryreddy.com

*Counsel for Plaintiffs*

**[~~Proposed~~] ORDER**

Pursuant to the foregoing Stipulated Motion and finding good cause therefor, the Court hereby GRANTS the Parties' Motion and ORDERS as follows:

1. Defendant's Response to the Complaint shall be due December 4, 2026;
2. All other calendared deadlines in this case are hereby stricken.

IT IS SO ORDERED

Dated this 17th day of November 2026

Hon. Tana Lin, U.S.D.J.

PRESENTED BY:

By: s/ *Jeffrey A. James*
Jeffrey A. James, WSBA #18277
SEBRIS BUSTO JAMES
15375 SE 30th Place, Suite 310
Bellevue, Washington 98007
(425) 454-4233
jjames@sbj.law

Geoffrey W. Castello (*pro hac vice*)
Caitlin R. Hickey (*pro hac vice*)
Gregory T. Berman (*pro hac vice*)
KELLEY DRYE & WARREN LLP
3 World Trade Center, 175 Greenwich Street
New York, NY 10007
(973) 503-5900
gcastello@kelleydrye.com
chickey@kelleydrye.com
gberman@kelleydrye.com

*Counsel for Defendant*