THE HONORABLE TANA LIN

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ALAN WEDGE and ALEX TRINIDAD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MATTRESS FIRM, INC.,<br><br>Defendant. | Case No. 2:26-cv-02534-TL<br><br>**STIPULATED MOTION AND ~~[PROPOSED]~~ ORDER TO REMAND**<br><br>**NOTE ON MOTION CALENDAR: NOVEMBER 25, 2026** |

Pursuant to Western District of Washington Local Rules 7 and 10 and 28 U.S.C. § 1447(c), Plaintiffs Alan Wedge and Alex Trinidad ("Plaintiffs") and Defendant Mattress Firm, Inc. ("Defendant") (together, the "Parties"), by and through their respective counsel, hereby stipulate and respectfully request that the Court issue an Order remanding this case to King County Superior Court, without costs and without waiving Defendant's ability to remove this case should there be any subsequent change in the controlling law allowing for removal.

Plaintiffs filed this action on June 10, 2026, alleging that Defendant sent them marketing emails with deceptive subject lines in violation of the Washington Commercial Electronic Mail Act, RCW 19.190.020 ("CEMA"), and the Washington Consumer Protection Act, RCW 19.86.020 (the "CPA"). (Dkt. 1-3.) Plaintiffs served Defendant on June 18, 2026, after which Defendant timely removed the case to the Western District of Washington on July 17, 2026. (Dkt. 1.)



SEBRIS BUSTO JAMES
15375 SE 30th Pl., STE 310
Bellevue, Washington 98007
Tel: (425) 454-4233 – Fax:(425) 453-9005

On July 22, 2026, Plaintiffs filed a Notice of Related Case pursuant to Local Rule 3(g), stating that this case is related to a case filed against Defendant currently pending before this Court captioned *Milito v. Mattress Firm, Inc.*, No. 2:26-cv-00227-TL (W.D. Wash.). (Dkt. 9.) Under the applicable standard for relation, "[a]n action is related to another when the actions . . . concern substantially the same parties, property, transaction, or event." LCR 3(g). That same day, the Clerk of Court issued an order reassigning the case to this Court. (Dkt. 10.)

On November 10, 2026, this Court issued an order in *Milito*, ruling on its previously issued Order to Show Cause that *sua sponte* questioned whether it has subject matter jurisdiction over the litigation. *Milito*, Dkt. 33. In its Order, the Court found that the conduct challenged in *Milito*—sending allegedly deceptive marketing emails—did not cause any injury-in-fact sufficient for Article III Standing. Accordingly, the Court determined that it lacked subject matter jurisdiction over the complaint and remanded the docket to King County Superior Court.

While the Court has not issued any orders on Article III Standing in the present case, and while Defendant intends to preserve all arguments that subject matter jurisdiction exists and that its removal to this Court was proper, the Parties have conferred and reasonably believe that the Court's ruling in *Milito* may be controlling over this litigation, which concerns substantially the same conduct at issue. 28 U.S.C. § 1447(c) ("If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded.") Thus, the Parties have agreed to voluntarily remand this Action, each acknowledging that should there be any change in the law providing that federal subject matter jurisdiction exists over this matter, including but not limited to the Ninth Circuit's forthcoming decision in *Montes v. Penney OpCo, LLC*, No. 26-241 (9th Cir.), any such ruling would be an "order . . . from which it may be ascertained that the case is one which is or has become removable." *See* 28 U.S.C. §1446(b)(3).

Accordingly, the Parties respectfully request that the Court issue an Order remanding this action to King County Superior Court.



**SEBRIS BUSTO JAMES**
15375 SE 30th Pl., STE 310
Bellevue, Washington 98007
Tel: (425) 454-4233 – Fax:(425) 453-9005

Dated: November 25, 2026

SEBRIS BUSTO JAMES

s/ *Jeffrey A. James*
Jeffrey A. James, WSBA #18277
15375 SE 30th Place, Suite 310
Bellevue, WA 98007
(425) 454-4233
jjames@sbj.law

Geoffrey W. Castello (*pro hac vice*)
Caitlin R. Hickey (*pro hac vice*)
Gregory T. Berman (*pro hac vice*)
KELLEY DRYE & WARREN LLP
3 World Trade Center, 175 Greenwich Street
New York, NY 10007
(973) 503-5900
gcastello@kelleydrye.com
chickey@kelleydrye.com
gberman@kelleydrye.com

*Counsel for Defendant*

DATED: November 25, 2026

MILBERG, PLLC

s/ *Jason T. Dennett*
Jason T. Dennett, WSBA #30686
1700 7th Ave., Suite 2100
Seattle, WA 98101
jdennett@milberg.com

Alexander E. Wolf (*pro hac vice*)
MILBERG, PLLC
280 South Beverly Drive, PH
Beverly Hills, CA 90212
Tel: 872-365-7060
awolf@milberg.com

M. Anderson Berry, WSBA #63160
Brook E. Garberding, WSBA #37140
Brandon P Jack (*pro hac vice*)
EMERY REDDY, PC
600 Stewart Street, Suite 1100
Seattle, WA 98101
anderson@emeryreddy.com
brook@emeryreddy.com
bjack@emeryreddy.com

*Counsel for Plaintiffs*

**~~[Proposed]~~ ORDER**

Pursuant to the foregoing Stipulated Motion and finding good cause therefor, the Court hereby GRANTS the Parties' Motion and ORDERS that this case be REMANDED to King County Superior Court without prejudice to seek future removal pursuant to 28 U.S.C. §1446(b)(3).

IT IS SO ORDERED

Dated this 25th day of November, 2026

Hon. Tana Lin, U.S.D.J.

PRESENTED BY:

By: s/ *Jeffrey A. James*
Jeffrey A. James, WSBA #18277
SEBRIS BUSTO JAMES
15375 SE 30th Place, Suite 310
Bellevue, Washington 98007
(425) 454-4233
jjames@sbj.law

Geoffrey W. Castello (*pro hac vice*)
Caitlin R. Hickey (*pro hac vice*)
Gregory T. Berman (*pro hac vice*)
KELLEY DRYE & WARREN LLP
3 World Trade Center, 175 Greenwich Street
New York, NY 10007
(973) 503-5900
gcastello@kelleydrye.com
chickey@kelleydrye.com
gberman@kelleydrye.com

*Counsel for Defendant*

**SEBRIS BUSTO JAMES**
15375 SE 30th Pl., STE 310
Bellevue, Washington 98007
Tel: (425) 454-4233 – Fax:(425) 453-9005